CITY OF MADISON, Respondent, vs. FITZGERALD, Appellant.

*May 15—June 15, 1945.*

For the appellant there was a brief by *Woodward & May* of Madison, and oral argument by *Arthur L. May*.

For the respondent there was a brief by *Harold E. Hanson,* city attorney, and *Alton S. Heassler,* assistant city attorney, and oral argument by *Mr. Heassler*.

ROSENBERRY, C. J.   The defendant was arrested on June 10, 1944, charged with having driven his automobile while under the influence of intoxicating liquor.   The only question raised upon this appeal is the sufficiency of the evidence to sustain the finding of the circuit court.   No useful purpose would be served by setting out the evidence in this opinion, it being ample to sustain the finding of the trial court.

Some question is sought to be raised in regard to the so-called balloon test, which was submitted to by the defendant without objection on his part.   Inasmuch as there is other evidence sufficient to sustain the finding and the record is very scanty, neither the accuracy nor sufficiency of the balloon test should be discussed in this case.

*By the Court*.—Judgment affirmed.